**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Tekuyah M. Yisrael
Plaintiff
-vs-
NY Supreme Court
Clerks office
Defendant(s)

RECEIVED JUN 21 2010 PRO SE OFFICE

**CV10- 2895**

REQUEST TO PROCEED
*IN FORMA PAUPERIS*

**WEINSTEIN, J.**

**BLOOM, M.J.**

I, Tekuyah M. Yisrael, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Academic 1st Day Care
   1285 Dilmar Loop Apt B
   Brooklyn NY. 11      Approx $800 per mo.

   Granted
   JW 7/14/10

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
   N/A

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   N/A

   a) Are you receiving any public benefits?    ☐ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source?  ☐ No  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

_____NO_____

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No  ☐ Yes, _____NO_____

6. List the person(s) that you pay money to support and the amount you pay each month.

Deliah Brathwaite varies from $200-$500

7. Do you pay for rent or for a mortgage? If so, how much each month?

8. State any special financial circumstances which the Court should consider.

N/A

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 6/21/10                    _Sikryah M. Yusef_
                                         (signature)

rev. 7/2002